■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH HILLMON, Appellant.—Judgment unanimously affirmed. Memorandum: By failing to make a motion pursuant to CPL 330.30, defendant has failed to preserve for review his argument that the court's verdict, following a bench trial, is repugnant *(People v Alfaro,* 66 NY2d 985, 987; *People v Baldwin,* 130 AD2d 666, 667-668). We decline to reach this issue in the interest of justice. (Appeal from judgment of Monroe County Court, Maloy, J.—burglary, third degree; criminal mischief, fourth degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.